E.O.D. 8/6/02

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | § | |
|---|---|---|
| IN RE TRITON ENERGY LIMITED | § | 5:98-CV-256 |
| SECURITIES LITIGATION. | § | |

## ORDER

The parties are currently in the process of settling the above-numbered and styled case. It is therefore

ORDERED that "Plaintiffs Motion to Compel" (Dkt. No. 210); "Defendant's Motion to Strike Lead Plaintiff Michael Brown's Supplemental Interrogatory Response and Brief in Support" (Dkt. No. 173); Defendant's Objection to and Motion to Strike Plaintiffs' Expert and Brief in Support" (Dkt. No. 161); and "Plaintiffs' Opposed Supplemental Motion for Class Certification" (Dkt. No. 143) are **dismissed without prejudice** subject to refiling.

Signed this 5th day of August, 2002.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE